# United States District Court
### Western District of Washington

---

UNITED STATES OF AMERICA,

vs.

## STEVEN MICHAEL FUESTON

# APPEARANCE BOND
### Case No. <u>CR09-209 RAJ</u>

I understand that I may be released from custody, pending further proceedings in this case, on the conditions marked below:

☒ **Court Appearances.** I must appear in court at the <u>United States Courthouse, 700 Stewart Street Seattle, Washington, Courtroom 13106</u> on <u>September 28, 2009</u>, at <u>9:00am</u> and at all other hearings in this case, including turning myself in to begin serving a sentence, should that occasion arise. **I UNDERSTAND THAT A WILLFUL FAILURE TO APPEAR IN COURT AT A TIME SET FOR HEARING IS A SEPARATE CRIMINAL OFFENSE, PUNISHABLE BY UP TO <u>10 YEARS</u> IMPRISONMENT AND A FINE OF $250,000.**

☒ **No Law Violations.** I must not commit a federal, state, or local crime during the period of release. I understand that if I commit a felony while on release, my sentence can be increased by a maximum of ten years. If I commit a misdemeanor while on release, my sentence can be increased by a maximum of one year. These sentences would be consecutive to all other applicable sentences.

☒ **No Controlled Substances.** I must not use, consume or possess any controlled substances, including medication, unless prescribed by a physician and approved in advance by the Pretrial Services Officer.

☒ **DNA Testing.** You must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

☒ **Address.** I must furnish my attorney, and/or Pretrial Services if supervised, with my current address and telephone number (if any) where I will reside upon release and where I will receive any notices of hearing dates. I must report any changes in that address or telephone number to my attorney, and/or Pretrial Services if supervised, within one business day..

☒ **Restrictions on Travel.** <u>I must not travel outside the Continental United States or as directed by Pretrial Services.</u>

☒ **Victim and Witness Protection.** I must not harass, threaten, intimidate, tamper with, improperly influence, or injure the person or property of witnesses, jurors, informants, victims of crime, judicial officers, or other persons related to official proceedings before the Court, in violation of 18 U.S.C. §§ 1503, 1512, and 1513.

☒ **Pretrial Supervision.** I am subject to Pretrial Services supervision by the Pretrial Services Office of the Court and must abide by such of the general and special conditions of release as that office shall impose. I must report to the Office of Pretrial Services, United States Courthouse, 700 Stewart Street, Suite 10101 Seattle, (206) 370-8950, within 24 hours of my release unless released during a weekend or on a holiday in which case I must report at 9:00 a.m. the following court day.

☒ **Other Conditions:**

✓ Surrender all current and expired passports and travel documents to the Court. Do not apply for/obtain a new passport or travel document from any country without the permission of the Court.

✓ Provide Pretrial Services with any requested information regarding your financial status, income sources, and investments. Sign a Release of Information form for Credit Bureau Verification if requested by Pretrial Services.

✓ You shall not have direct contact or indirect contact with any existing and/or future witnesses in this case to include former or current employees or independent contractors of <u>D.C.E. Inc., MM MR RM Corporation, LLC Everett 1, Talents West Inc., Talents West II LLC, Accurate bookkeeping Service Inc., LLC Lake City, d/b/a Rick's, Club 21 LLC, d/b/a Sugar's, P.D. & M.K. I LLC, d/b/a Honey's, and LLC Fox's ii, d/b/a Fox's, Phillip McKibben, and Dean Reiber, and any of their agents, nominees, or anyone acting at their direction or on their behalf, former or current customers of the above noted entities, and to the extent not covered above, any managers of any of the above noted entities</u> with the exception of introducing new business manager pursuant to restriction below.

✓ <u>No employment in adult entertainment or operation of adult entertainment establishments including D.C.E. Inc., MM MR RM Corporation, LLC Everett 1, Talents West Inc., Talents West II LLC, Accurate bookkeeping Service Inc., LLC Lake City, d/b/a Rick's, Club 21 LLC, d/b/a Sugar's, P.D. & M.K. I LLC, d/b/a Honey's, and LLC Fox's ii, d/b/a Fox's, Phillip McKibben, and Dean Reiber, and any other business responsible for the operation of Rick's, Honey's Fox's or Sugar's.</u> Defendant is allowed one month (August 24, 2009)) deal with management issues of business with other individuals.

**AGREEMENT BY DEFENDANT:** I understand and agree to comply with every condition marked above, and I understand that if I fail to comply with any conditions of my release, the Court will immediately issue a warrant for my arrest, and I will be subject to a revocation of release, an order of detention, and prosecution for contempt of court. I understand this appearance bond remains in effect during any proceeding on appeal or review.

X _/s/ Steve M. F._____          _____
(Signature of Defendant)                                    (City and State)

<u>July 23, 2009</u>

---

## ORDER OF RELEASE

It is therefore ORDERED:
(1) Defendant shall comply with all conditions of this appearance Bond;
(2) Defendant shall be released from custody, and shall remain at liberty so long as (s)he complies with the provisions of this Appearance Bond, or until further order of the Court.

<u>July 23, 2009</u>                         _/s/ James P. Donohue_____
(Dated)                                    James P. Donohue
                                           UNITED STATES MAGISTRATE JUDGE