UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEROY RICHARD CHRISTIANSEN,<br>DAVID CARL EBERT, and<br>STEVEN MICHAEL FUESTON,<br><br>　　　　Defendants. | NO.　CR09-0209RAJ<br><br>GOVERNMENT'S MOTION<br>TO SEAL |

The United States of America, by and through Jeffrey C. Sullivan, United States Attorney for the Western District of Washington, and Todd Greenberg, Assistant United States Attorney for said District, files this Motion to Seal.

The government hereby requests that the Government's Omnibus Response to Defendant's Motions to Amend Conditions of Release (Unredacted), in the above-

//
//
//
//
//
//
//

Government's Motion to Seal/CHRISTIANSEN ET AL. — 1
CR09-0209RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  captioned matter, which will be filed under seal subsequent to the filing of this motion, be
2  allowed to remain under seal.
3       DATED this 5th day of August, 2009.

                        Respectfully submitted,

                        JEFFREY C. SULLIVAN
                        United States Attorney

                        /s Todd Greenberg
                        TODD GREENBERG
                        Assistant United States Attorney
                        United States Attorney's Office
                        700 Stewart Street, Suite 5220
                        Seattle, Washington 98101
                        Facsimile: 206-553-4986
                        Phone: 206-553-2636
                        E-mail: Todd.Greenberg4@usdoj.gov

Government's Motion to Seal/CHRISTIANSEN ET AL. — 2
CR09-0209RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

I hereby certify that on August 5, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s). I hereby certify that I have served the attorney(s) of record for the defendant(s) that are non CM/ECF participants via telefax.

```
                              s/JANET K. VOS
                              Janet K. Vos
                              Paralegal Specialist
                              United States Attorney's Office
                              700 Stewart Street, Suite 5220
                              Seattle, Washington 98101-1271
                              Phone: (206) 553-5041
                              FAX:   (206) 553-0755
                              E-mail:  Janet.Vos@usdoj.gov
```

Government's Motion to Seal/CHRISTIANSEN ET AL. — 3
CR09-0209RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970